UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**STATE OF FLORIDA,**

    **Plaintiff,**

**v.**                                               Case No.  5:25-cv-152-TKW-MJF

**SHIRLEY MEARS DAVIS,**

    **Defendant.**

_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 7), Defendant's objection (Doc. 8), and Defendant's "judicial notice" (Doc. 9). The Court reviewed the issues raised in Defendant's filings de novo under 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3), and based on that review, the Court agrees with the magistrate judge's determination that the four state cases that Defendant attempted to remove to this Court under this case number should be remanded to state court for multiple reasons, including lack of subject matter jurisdiction.

Accordingly, it is **ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The following cases are **REMANDED** to the state courts from which they were removed:

    a. Calhoun County Court Case No. 2025-TR-1300;

    b. Calhoun County Court Case No. 2025-TR-1301;

    c. Calhoun County Circuit Court Case No. 2025-CT-52; and

    d. Calhoun County Circuit Court Case No. 2025-CF-1460.

3. The Clerk shall effectuate the remand and close this case.

**DONE AND ORDERED** this 4th day of August, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**